# United States District Court
## Middle District of Georgia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Vs. | **JUDGMENT IN A CRIMINAL CASE** <br> (FOR REVOCATION OF PROBATION) |
| **RASHAD S. JOHNSON**, | NO. 5: 06-MJ-06-04 (CWH) |
| Defendant | Fred I. Graham <br> Defendant's Attorney |

The above-named defendant having this day admitted to violating CONDITIONS OF PROBATION imposed upon him in the above-captioned proceeding on September 18, 2006, as alleged in the PETITION FOR ACTION ON PROBATION filed January 10, 2007, by U. S. Probation Officer Leigh R. Swicord, said sentence of probation is now REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Submitting an Adulterated Urine Specimen | 10/05/06 |
| 3 | Changing Employment Without Notifying Probation Officer | 12/01/06 |
| 4 | Failing to Participate in Drug Treatment Program as Directed | 12/18/06 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-9013

January 22, 2007

Date of Imposition of Judgment

**Defendant's Date of Birth:** 1984

**Defendant's USM No.:** 93128-020

*[Signature]*

Signature of Judicial Officer

**Defendant's Residence Address:**
104 Galaxy Avenue
Bonaire, GA 31005

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer

**Defendant's Mailing Address:** Same

January 22, 2007

Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined in Allegations Nos. 2, 3, and 4 of the **PETITION FOR ACTION ON PROBATION** filed January 10, 2007. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **THIRTY (30) DAYS**. The defendant is further ORDERED AND DIRECTED to pay the balance due on the RESTITUTION heretofore imposed upon him, to-wit, **$699.25**, as the law provides.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at_____A.M./P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2:00 P.M. on_____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on_____ to_____
at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL