IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | |
| VS. : | NO. 5:06-MJ-06-04 (CWH) |
| RASHAD S. JOHNSON, : | |
| Defendant : | |
| and : | |
| D & C IMPORTS, LLC d/b/a : | **BEFORE THE U. S. MAGISTRATE JUDGE** |
| FIVE STAR NISSAN, : | |
| Garnishee : | |

# GARNISHEE ORDER

A Writ of Garnishment, directed to garnishee, has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee filed an Answer stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due defendant, in the form of earnings.

The defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that garnishee pay the sum of  25% net disposable wages  to plaintiff and continue such payments pursuant to Title 15, United States Code, Section 1673, until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

SO ORDERED AND DIRECTED, this 19th day of MARCH, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE